No. 03–6472.  YOUNG *v.* DEPARTMENT OF JUSTICE.  C. A. 9th Cir.  Certiorari denied.

No. 03–6517.  MORALES *v.* AYERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–6523.  NICHOLS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–6526.  WILLIAMS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–6538.  WRAY *v.* LACEY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–6560.  ANDERSON *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 03–6564.  MILLER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–6605.  FLOWERS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–6611.  REED *v.* REID, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–6614.  HORTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–6615.  FAIRCLOTH *v.* HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 03–6618.  HETTLER *v.* PETTERS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–6625.  WATSON *v.* JOB CORP. ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 03–6628.  PLCH *v.* NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.